**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pioneer Family Investments, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>Shawn N. Lorusso, et al.,<br><br>        Defendants. | No. CV-14-00594-PHX-PGR<br><br>ORDER CORRECTING MOTIONS<br>TO DISMISS ORDER (DOC. 23) |

      The Court having *sua sponte* determined that it inadvertently dismissed Count IV of the plaintiff's Amended Verified Complaint in its Order entered on June 25, 2014 (Doc. 23), that Order is amended as follows:

      IT IS ORDERED that defendants Shawn N. Lorusso dba Selectric Systems and RLI Insurance Company's Motion to Dismiss (Doc. 7) is granted solely to the extent that Counts I, II, III, VI, VII, VIII and IX of the Amended Verified Complaint are dismissed with prejudice as to Selectric Systems.

      IT IS FURTHER ORDERED that defendants Lutron Services Co., Inc. and Lutron Electronics Co. Inc.'s Motion to Dismiss: Count VII-Aftermarket Monopoly, Count VIII-Price Fixing, Count IV [sic-IX] (Doc. 10) is granted to the extent that Counts VII, VIII and IX of the Amended Verified Complaint are dismissed as to the

1 | Lutron defendants with leave to amend.

2 |     IT IS FURTHER ORDERED that plaintiff Pioneer Family Investments, LLC shall file an amended complaint no later than July 14, 2014.  If the plaintiff decides not to file an amended complaint it shall file a statement to that effect no later than July 14, 2014.

    DATED this 2nd day of July, 2014.

_____
Paul G. Rosenblatt
United States District Judge